GEOFFREY A. HANSEN
Acting Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3518

Counsel for Defendant ANA LISSA REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-12-70810 MAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER RESETTING |
| | ) | DATE FOR PRELIMINARY HEARING |
| vs. | ) | |
| | ) | |
| ANA LISSA REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Wade Rhyne, and the defendant through her attorney Ned Smock, that the preliminary hearing in this matter now set for September 17, 2012 at 9:30 a.m. shall be reset for October 11, 2012 at 9:30 a.m. The parties are exploring possible resolution of the case. Ms. Reyes is out of custody. Additional time is needed to perform investigation and research as those discussions continue. The government has provided disclosures of reports and records, and anticipates producing voluminous bank records in the coming days. The defense will need time to review those records as the parties attempt to negotiate a pre-indictment resolution. Defendant Reyes and her counsel waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 20 days of her initial appearance and 18 U.S.C. § 3161(b)

Stip and Order                          1

1  requiring an indictment to be filed within thirty days from the date of arrest. The continuance is
2  also necessary to allow counsel for the defendant the reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.  Accordingly, the parties further
4  stipulate and agree that the time from September 17, 2012 to October 11, 2012, should be
5  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(7)(B)(iv).

7  IT IS SO STIPULATED:

8  Dated: September 11, 2012                          /s/ Ned Smock
                                                      NED SMOCK
9                                                     Assistant Federal Public Defender

11 Dated: September 11, 2012                          /s/ Wade Rhyne
                                                      WADE RHYNE
12                                                    Assistant United States Attorney

14                                      **ORDER**

15        GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary
16 hearing in this matter now scheduled for September 17, 2012 is hereby rescheduled for October
17 11, 2012 at 9:30 a.m. and that time is excluded from September 17, 2012 to October 11, 2012
18 pursuant to 18 U.S.C. § 3161(7)(B)(iv).

20 Dated: September 12, 2012
                                                      HONORABLE DONNA RYU
21                                                    United States Magistrate Judge

Stip and Order                              2