AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

---OFFENSE CHARGED---

See Attachment

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY: See Attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED

---DEFENDANT - U.S---

JAN 25 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

▶ ANA LISSA REYES

DISTRICT COURT NUMBER

## CR13-00055

YGR

---PROCEEDING---

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation/Internal Revenue Service

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant
} MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   WADE M. RHYNE, AUSA

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes If "Yes"
been filed? ☐ No } give date
filed

DATE OF
ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT**
**DEFENDANT ANA LISSA REYES**

COUNTS ONE THROUGH FIVE:   (18 U.S.C. § 1341 - Mail Fraud)

    PENALTY:   Statutory Penalty Generally:

| | |
|---|---|
| Imprisonment: | Maximum 20 Years |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3 Years |
| Special Assessment: | Mandatory $100 (per count) |

COUNTS SIX THROUGH ELEVEN:       (28 U.S.C. § 7201 - Tax Evasion)

    PENALTY:   Statutory Penalty Generally:

| | |
|---|---|
| Imprisonment: | Maximum 5 Years |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3 Years |
| Special Assessment: | Mandatory $100 (per count) |

1 | MELINDA HAAG (CABN 132612)
United States Attorney
2

3

4

5

6

7

8

E FILING

FILED

JAN 2 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ANA LISSA REYES,<br>　　a/k/a "Lizzette Reyes,"<br>　　a/k/a "Jamie Wilkerson,"<br><br>　　　Defendant. | Criminal No.: **CR13-00055**<br><br>VIOLATIONS: 18 U.S.C. § 1341 – Mail Fraud<br>(5 Counts); 26 U.S.C. § 7201 – Tax Evasion (6<br>Counts); 18 U.S.C. § 981(a)(1)(C) and 28<br>U.S.C. § 2461(c) – Mail Fraud Forfeiture<br><br>OAKLAND VENUE |

## I N F O R M A T I O N

The United States Attorney charges:

### INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

1.　　The defendant, ANA LISSA REYES ("REYES"), worked as a secretary, office

manager, and paralegal for the Law Offices of B.C. ("the law firm") from in or about 1995

through in or about June 2011.

2.　　The law firm was owned by attorney B.C. ("B.C.") and specialized in

personal injury, family law, and criminal defense. The law firm was located in the Northern

INFORMATION

1 | District of California.

2 |     3.     REYES' duties and responsibilities included corresponding with law firm clients,
3 | insurance companies, and medical providers, among others, via telephone, written
4 | correspondence, and email. At times, REYES' duties included managing the law firm's billings
5 | and internal bookkeeping. Over time, REYES gained more responsibility and was trusted to
6 | handle her duties with minimal or no supervision by the law firm or B.C.

7 | THE SCHEME TO DEFRAUD

8 |     4.     From in or about 2006 and continuing through in or about June 2011, in
9 | the Northern District of California and elsewhere, the defendant,

10 | ANA LISSA REYES,

11 | did knowingly devise and intentionally devise a scheme and artifice to defraud, and did
12 | knowingly and intentionally obtain money and property by means of materially false and
13 | fraudulent pretenses, representations, promises, and omissions of material facts, and, for the
14 | purpose of executing such scheme and artifice to defraud, did knowingly deposit and cause to be
15 | deposited matters to be sent and delivered by mail and by private and commercial interstate
16 | carrier.

17 |     5.     As part of the scheme to defraud, defendant REYES embezzled, stole, and
18 | defrauded the law firm and its clients of money by several means, including: (a) without
19 | authorization, settling claims without the client's or the law firm's knowledge and then stealing
20 | the settlement proceeds by depositing settlement checks into her personal bank account, among
21 | other unauthorized transactions; (b) without authorization, engaging clients without the law
22 | firm's knowledge and stealing the clients' retainer and fee payments; and (c) without
23 | authorization, creating a bogus company to correspond with clients without the law firm's
24 | knowledge to defraud the clients into believing their cases were ongoing, among other means.
25 | REYES defrauded the law firm and its clients during her employment, and continued to do so
26 | after her termination by holding herself out as an employee of the law firm.

27 | ///

28 | ///

INFORMATION         2

COUNTS ONE THROUGH FIVE:   (18 U.S.C. § 1341 – Mail Fraud)

6.    Paragraphs 1 through 5 are realleged and incorporated herein by reference.

7.    On or about the dates set forth below, in the Northern District of California and elsewhere, the defendant,

ANA LISSA REYES,

to execute the material scheme and artifice to defraud the victims, and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises, and omissions of material facts, did knowingly deposit and cause to be deposited matters to be sent to and from the Northern District of California and delivered by the U.S. Postal Service and by private and commercial interstate carrier, as set forth below:

| COUNT | DATE | MAILING | SENDER | RECIPIENT |
|---|---|---|---|---|
| 1 | 10/30/07 | Letter | Law Offices of B.C., Alameda, CA | California State Automobile Assoc. (CSAA), Suisun City, CA |
| 2 | 2/15/08 | Letter | Law Offices of B.C., Alameda, CA | Western United Insurance, Irvine, CA |
| 3 | 6/17/10 | Letter | Mercury Insurance Company, Rancho Cucamonga, CA | B.C., Union City, CA |
| 4 | 2/17/11 | Letter | Law Offices of B.C., Union City, CA | 21st Century Insurance, Phoenix, AZ |
| 5 | 8/23/11 | Letter | Law Offices of B.C., Oakland, CA | Mercury Insurance Company, Rancho Cucamonga, CA |

Each in violation of Title 18, United States Code, Section 1341.

///

///

///

///

///

///

INFORMATION                                    3

COUNT SIX: (26 U.S.C. § 7201 – Tax Evasion)

8.     Paragraphs 1 through 5 are realleged and incorporated herein by reference.

9.     On or about April 15, 2007, in the Northern District of California, the defendant,

### ANA LISSA REYES,

then a resident of San Lorenzo, California, who during the calendar year 2006 was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by her and her spouse to the United States of America for the calendar year 2006, by filing and causing to be filed with the Director, Internal Revenue Service Center, a false and fraudulent joint United States Individual Income Tax Return, Form 1040, on behalf of herself and her spouse, as that false return stated that the joint taxable income of REYES and her spouse for the calendar year 2006 was the sum of $5,527, when, in fact, as REYES then and there knew, their joint taxable income for the calendar year was substantially in excess of the amount stated on the return, and, upon the additional taxable income, a substantial additional tax was due and owing to the United States of America, in violation of Title 26, United States Code, Section 7201.

COUNT SEVEN:    (26 U.S.C. § 7201 – Tax Evasion)

10.     Paragraphs 1 through 5 are realleged and incorporated herein by reference.

11.     On or about April 15, 2008, in the Northern District of California, the defendant,

### ANA LISSA REYES,

then a resident of San Lorenzo, California, who during the calendar year 2007 was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by her and her spouse to the United States of America for the calendar year 2007, by filing and causing to be filed with the Director, Internal Revenue Service Center, a false and fraudulent joint United States Individual Income Tax Return, Form 1040, on behalf of herself and her spouse, as that false return stated that the joint taxable income of REYES and her spouse for the calendar year 2007 was the sum of $0, when, in fact, as REYES then and there knew, their joint taxable income for the calendar year was substantially in excess of the amount stated on the return, and,

INFORMATION       4

1  upon the additional taxable income, a substantial additional tax was due and owing to the United

2  States of America, in violation of Title 26, United States Code, Section 7201.

3  COUNT EIGHT:    (26 U.S.C. § 7201 – Tax Evasion)

4      12.    Paragraphs 1 through 5 are realleged and incorporated herein by reference.

5      13.    On or about April 15, 2009, in the Northern District of California, the

6  defendant,

7                          ANA LISSA REYES,

8  then a resident of San Lorenzo, California, who during the calendar year 2008 was married, did

9  willfully attempt to evade and defeat a large part of the income tax due and owing by her and her

10  spouse to the United States of America for the calendar year 2008, by filing and causing to

11  be filed with the Director, Internal Revenue Service Center, a false and fraudulent joint United

12  States Individual Income Tax Return, Form 1040, on behalf of herself and her spouse, as that

13  false return stated that the joint taxable income of REYES and her spouse for the calendar year

14  2008 was the sum of $0, when, in fact, as REYES then and there knew, their joint taxable

15  income for the calendar year was substantially in excess of the amount stated on the return, and,

16  upon the additional taxable income, a substantial additional tax was due and owing to the United

17  States of America, in violation of Title 26, United States Code, Section 7201.

18  COUNT NINE:     (26 U.S.C. § 7201 – Tax Evasion)

19      14.    Paragraphs 1 through 5 are realleged and incorporated herein by reference.

20      15.    On or about April 15, 2010, in the Northern District of California, the

21  defendant,

22                          ANA LISSA REYES,

23  then a resident of San Lorenzo, California, who during the calendar year 2009 was married, did

24  willfully attempt to evade and defeat a large part of the income tax due and owing by her and her

25  spouse to the United States of America for the calendar year 2009, by filing and causing to

26  be filed with the Director, Internal Revenue Service Center, a false and fraudulent joint United

27  States Individual Income Tax Return, Form 1040, on behalf of herself and her spouse, as that

28  false return stated that the joint taxable income of REYES and her spouse for the calendar year

INFORMATION                              5

1  2009 was the sum of $1,390, when, in fact, as REYES then and there knew, their joint taxable

2  income for the calendar year was substantially in excess of the amount stated on the return, and,

3  upon the additional taxable income, a substantial additional tax was due and owing to the United

4  States of America, in violation of Title 26, United States Code, Section 7201.

5  COUNT TEN:       (26 U.S.C. § 7201 – Tax Evasion)

6       16.    Paragraphs 1 through 5 are realleged and incorporated herein by reference.

7       17.    On or about April 15, 2011, in the Northern District of California, the

8  defendant,

9                          ANA LISSA REYES,

10  then a resident of San Lorenzo, California, who during the calendar year 2010 was married, did

11  willfully attempt to evade and defeat a large part of the income tax due and owing by her and her

12  spouse to the United States of America for the calendar year 2010, by filing and causing to

13  be filed with the Director, Internal Revenue Service Center, a false and fraudulent joint United

14  States Individual Income Tax Return, Form 1040, on behalf of herself and her spouse, as that

15  false return stated that the joint taxable income of REYES and her spouse for the calendar year

16  2010 was the sum of $2,426, when, in fact, as REYES then and there knew, their joint taxable

17  income for the calendar year was substantially in excess of the amount stated on the return, and,

18  upon the additional taxable income, a substantial additional tax was due and owing to the United

19  States of America, in violation of Title 26, United States Code, Section 7201.

20  COUNT ELEVEN:    (26 U.S.C. § 7201 – Tax Evasion)

21       18.    Paragraphs 1 through 5 are realleged and incorporated herein by reference.

22       19.    On or about April 15, 2012, in the Northern District of California, the

23  defendant,

24                          ANA LISSA REYES,

25  then a resident of San Lorenzo, California, who during the calendar year 2011 was married, did

26  willfully attempt to evade and defeat a large part of the income tax due and owing by her and her

27  spouse to the United States of America for the calendar year 2011, by filing and causing to

28  be filed with the Director, Internal Revenue Service Center, a false and fraudulent joint United

INFORMATION                    6

1 States Individual Income Tax Return, Form 1040, on behalf of herself and her spouse, as that
2 false return stated that the joint taxable income of REYES and her spouse for the calendar year
3 2011 was the sum of $0, when, in fact, as REYES then and there knew, their joint taxable
4 income for the calendar year was substantially in excess of the amount stated on the return, and,
5 upon the additional taxable income, a substantial additional tax was due and owing to the United
6 States of America, in violation of Title 26, United States Code, Section 7201.

7 <u>FORFEITURE ALLEGATION:</u>     (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Mail
                                    Fraud Forfeiture)
8

9       20.     The factual allegations contained in Counts One through Five of this Information
10 are hereby realleged and by this reference fully incorporated herein for the purpose of alleging
11 forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United
12 States Code, Section 2461(c).

13      21.     Upon a conviction of any of the offenses alleged in Counts One through Five, the
14 defendant,

15                                  ANA LISSA REYES,

16 shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C)
17 and Title 28, United States Code, Section 2461(c), all right, title, and interest in property, real
18 and personal, constituting, derived from, or traceable to the proceeds that defendant obtained
19 directly or indirectly as a result of the offenses.

20      22.     If, as a result of any act or omission of the defendant, any of said property
21             a.     cannot be located upon the exercise of due diligence;
22             b.     has been transferred or sold to or deposited with, a third person;
23             c.     has been placed beyond the jurisdiction of the Court;
24             d.     has been substantially diminished in value; or
25             e.     has been commingled with other property which cannot be divided without
26                    difficulty;
27 any and all interest defendant has in any other property, up to value of the property described
28 above, shall be forfeited to the United States, pursuant to Title 21, United States Code, Section

INFORMATION                            7

1  853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

2

3  DATED:  January 25, 2013

4

5  MELINDA HAAG
   United States Attorney

6

7  MAUREEN BESSETTE
   Chief, Oakland Branch

8

9  (Approved as to form: _____

10                        AUSA WADE M. RHYNE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                      8