STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3518

Counsel for Defendant ANA LISSA REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-0055 YGR |
| Plaintiff, | STIPULATION AND ORDER TO RESET STATUS CONFERENCE DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| ANA LISSA REYES, | |
| Defendant. | |

The above-captioned matter is set on March 28, 2013 for a status conference. The parties request that this Court continue the hearing to April 18, 2013 at 2:00 p.m. and that the Court exclude time under the Speedy Trial Act between March 28, 2013 and April 18, 2013.

This is a case charging Mail Fraud and Tax Evasion over a period of several years. The parties first appeared before this Court last month. The government has provided disclosures of extensive reports and thousands of pages of bank records. The defense needs additional time to review those records as the parties attempt to negotiate a resolution with agreed-upon loss and restitution amounts. Reviewing and synthesizing the records is necessary as the parties negotiate, among other things, Sentencing Guidelines calculations. The defense recently requested additional bank records in an effort to clarify these issues.

STIP AND ORDER
*U.S. v. REYES*, NO. CR 13-0055 YGR           1

1    The parties agree the ends of justice served by granting the continuance outweigh the best
2 interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and
3 request that the Court exclude time between March 28, 2013 and April 18, 2013 in accordance
4 with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate
5 preparation of counsel.

7 IT IS SO STIPULATED:

8 Dated: March 25, 2013                           /s/ Ned Smock
                                                 NED SMOCK
9                                                Assistant Federal Public Defender

11 Dated: March 25, 2013                          /s/ James Mann *for Wade Rhyne*
                                                 WADE RHYNE
12                                               Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-0055 YGR |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO RESET STATUS CONFERENCE DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| ANA LISSA REYES | ) ) | |
| Defendant. | ) ) ) | |

The parties jointly requested that the March 28, 2013 status conference in this matter be reset for a status conference on April 18, 2013, and that time be excluded under the Speedy Trial Act between March 28, 2013 and April 18, 2013 to allow for the effective preparation of counsel, taking into account the exercise of due diligence.  The defense is engaged in analysis of the evidence and is performing investigation.  Accordingly, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for a status conference on April 18, 2013 at 2:00 p.m., and that time between March 28, 2013 and April 18, 2013 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: March 26, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

STIP AND ORDER
*U.S. v. REYES*, NO. CR 13-0055 YGR          3