STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3518

Counsel for Defendant ANA LISSA REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-0055 YGR |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO RESET STATUS CONFERENCE DATE AND TO |
| vs. | ) ) | EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| ANA LISSA REYES, | ) ) | |
| Defendant. | ) ) | |

  The above-captioned matter is set on April 18, 2013 for a status conference. The parties request that this Court continue the hearing to May 9, 2013 at 2:00 p.m. and that the Court exclude time under the Speedy Trial Act between April 18, 2013 and May 9, 2013.

  This is a case charging Mail Fraud and Tax Evasion over a period of several years. The parties first appeared before this Court less than two months ago. The government has provided disclosures of extensive reports and thousands of pages of bank records. The defense has been reviewing those records and performing independent investigation. The defense is reviewing, analyzing, and organizing information with respect to hundreds of financial transactions. Additional time is needed to perform that investigation as the parties attempt to negotiate a resolution with agreed-upon loss and restitution amounts. Reviewing and synthesizing the

STIP AND ORDER
*U.S. v. REYES*, NO. CR 13-0055 YGR     1

1 records is necessary as the parties negotiate, among other things, Sentencing Guidelines
2 calculations.  The parties anticipate meeting to attempt to resolve these complicated issues in the
3 coming weeks.
4     The parties agree the ends of justice served by granting the continuance outweigh the best
5 interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and
6 request that the Court exclude time between April 18, 2013 and May 9, 2013 in accordance with
7 the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate
8 preparation of counsel.

10 IT IS SO STIPULATED:

11 Dated: April 16, 2013                              /s/ Ned Smock
                                                     NED SMOCK
12                                                   Assistant Federal Public Defender

14 Dated: April 16, 2013                              /s/ Wade Rhyne
                                                     WADE RHYNE
15                                                   Assistant United States Attorney

STIP AND ORDER
*U.S. v. REYES*, NO. CR 13-0055 YGR            2

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |
| 3 | OAKLAND DIVISION | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-0055 YGR |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED REQUEST TO RESET STATUS CONFERENCE DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| ANA LISSA REYES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties jointly requested that the April 18, 2013 status conference in this matter be reset for a status conference on May 9, 2013, and that time be excluded under the Speedy Trial Act between April 18, 2013 and May 9, 2013 to allow for the effective preparation of counsel, taking into account the exercise of due diligence.  The defense is engaged in analysis of the evidence and is performing investigation.  Accordingly, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for a status conference on May 9, 2013 at 2:00 p.m., and that time between April 18, 2013 and May 9, 2013 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: April 16, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge