STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3518

Counsel for Defendant ANA LISSA REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-13-0055 YGR |
| ) Plaintiff, ) | STIPULATION AND ORDER TO RESET CHANGE OF PLEA DATE AND TO |
| vs. ) ) | EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| ANA LISSA REYES, ) ) | |
| Defendant. ) _____) | |

The above-captioned matter is set on May 30, 2013 for change of plea. The parties request that this Court continue the hearing to June 27, 2013 at 2:00 p.m. for change of plea and that the Court exclude time under the Speedy Trial Act between May 30, 2013 and June 27, 2013.

This is a case charging Mail Fraud and Tax Evasion over a period of several years. The parties first appeared before this Court three months ago. The government has provided disclosures of extensive reports and thousands of pages of bank records. The defense has been reviewing those records and performing independent investigation. The defense is reviewing, analyzing, and organizing information with respect to hundreds of financial transactions that occurred over a period of several years. The parties have been engaged in extensive plea

1  negotiations, including meetings at the U.S. Attorney's Office and exchanges of detailed charts
2  as we seek to reach an agreement about the loss amount and the amount of taxes owed in the
3  case. The parties are now very close to reaching a disposition. Additional time is needed as the
4  defense completes its financial analysis. Furloughs have cut back on the time the defense team
5  has been able to spend on this analysis. In addition, an IRS revenue agent is reassessing the
6  taxes due and owing based upon the revised calculations discussed by the parties at an in-person
7  meeting last week. Once the numbers have been finalized, the plea agreement must be submitted
8  for formal approval to supervisors in San Francisco. Defense counsel will be in San Francisco
9  before Judge White on June 6 and June 20. The parties anticipate that a change of plea will be
10 entered at the next court appearance.

11     The parties agree the ends of justice served by granting the continuance outweigh the best
12 interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and
13 request that the Court exclude time between May 30, 2013 and June 27, 2013 in accordance with
14 the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate
15 preparation of counsel.

16

17 IT IS SO STIPULATED:

18 Dated: May 28, 2013                              /s/ Ned Smock
                                                       NED SMOCK
19                                                  Assistant Federal Public Defender

20

21 Dated: May 28, 2013                              /s/ Wade Rhyne
                                                       WADE RHYNE
22                                                  Assistant United States Attorney

23

24

25

26

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-0055 YGR |
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO RESET CHANGE OF PLEA DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ANA LISSA REYES | |
| Defendant. | |

The parties jointly requested that the May 30, 2013 status conference in this matter be reset for change of plea on June 27, 2013, and that time be excluded under the Speedy Trial Act between May 30, 2013 and June 27, 2013 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The defense is engaged in analysis of the evidence and is performing investigation. Accordingly, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for change of plea on June 27, 2013 at 2:00 p.m., and that time between May 30, 2013 and June 27, 2013 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: May 28, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

U.S. V. REYES, NO. CR 13-0055 YGR         3